# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO JONATHAN JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>ANTHONY KANE, Warden,<br><br>        Respondent. | CV F 04 6489 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #18]<br><br>ORDER GRANTING MOTION TO DISMISS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS [Doc. #12]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 18, 2005, the Magistrate Judge issued a Findings and Recommendation that Respondent's motion to dismiss the petition be GRANTED and the petition for writ of habeas corpus be DISMISSED for violating the statute of limitations set forth in 28 U.S.C. § 2244(d)(1). This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 18, 2005, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is GRANTED;

3. The petition for writ of habeas corpus is DISMISSED with prejudice; and

4. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   July 26, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                                                UNITED STATES DISTRICT JUDGE